UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN CHARETTE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-00355-JAW |
| ) | |
| RYAN DINSMORE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On January 13, 2026, United States Magistrate Judge John C. Nivison filed with the Court his recommended decision, *R. Dec. on Defs.' Mot. for Sanctions* (ECF No. 42) (*R. Dec.*), recommending this Court grant Defendants' motion for sanctions and dismiss Plaintiff's complaint. *Defs.' Mot. for Sanctions against Pl.* (ECF No. 37). Although by failing to file an objection, Plaintiff waived his right to de novo review, 28 U.S.C. § 636(b)(1)(B); *R. Dec.* at 4, the Court has reviewed de novo the Magistrate Judge's recommended decision and agrees with the recommendations of the Magistrate Judge for the reasons set forth in his recommended decision.

The Court GRANTS Defendants' Motion for Sanctions against Plaintiff (ECF No. 37) and DISMISSES Plaintiff's Complaint for a Civil Case (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2026